IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br>v.<br><br>STEVEN L. QUINN,<br><br>                     Defendant. | CRIMINAL ACTION<br><br>No. 10-20129-02-KHV |

**ORDER**

On June 27, 2011, the Court sentenced defendant to 240 months in prison based on a binding plea agreement under Rule 11(c)(1)(C), Fed. R. Crim. P. For substantially the reasons stated in the Memorandum And Order (Doc. #1100) filed May 10, 2021 and defendant's Unopposed Motion To Reduce Sentence Under 18 U.S.C. § 3582(c)(2) and § 3582(c)(1)(A)(i) (Doc. #1115) filed July 16, 2021, the Court sustains defendant's motion to reduce sentence. Specifically, under 18 U.S.C. § 3582(c)(1)(A)(i), the Court reduces defendant's sentence of 240 months in prison to 168 months in prison. Defendant shall remain subject to his standard term of supervised release of ten years.

**IT IS THEREFORE ORDERED** that defendant's Unopposed Motion To Reduce Sentence Under 18 U.S.C. § 3582(c)(2) and § 3582(c)(1)(A)(i) (Doc. #1115) filed July 16, 2021 is **SUSTAINED**. **The Court reduces defendant's sentence of 240 months in prison to 168 months in prison. Except as modified above, all other terms and conditions of the Judgment In A Criminal Case (Doc. #479) filed June 28, 2011 shall remain in effect.**

Dated this 23rd day of July, 2021 at Kansas City, Kansas.

                                                              s/ Kathryn H. Vratil
                                                              KATHRYN H. VRATIL
                                                              United States District Judge